**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| City Utilities of Springfield, Missouri; Kansas City, Kansas, Board of Public Utilities; and Missouri Joint Municipal Electric Utility Commission d/b/a Missouri Electric Commission, | ) ) ) ) ) ) | |
| Petitioners | ) ) | |
| v. | ) ) | Case No. 23-1054 |
| Federal Energy Regulatory Commission, | ) ) | |
| Respondent. | ) | |

**MOTION FOR LEAVE TO INTERVENE OF
KANSAS ELECTRIC POWER COOPERATIVE, INC.**

Pursuant to Rule 15(d) and Rule 27 of the Federal Rules of Appellate Procedure, and Circuit Rules 15(b) and 27 of the United States Court of Appeals for the District of Columbia Circuit, Kansas Electric Power Cooperative, Inc. ("KEPCo") hereby respectfully moves for leave to intervene in the above-captioned proceeding.  In support hereof, KEPCo states as follows:

On February 24, 2023, City Utilities of Springfield, Missouri, Kansas City, Kansas Board of Public Utilities, and the Missouri Joint Municipal Electric Utility d/b/a Missouri Electric Commission (the "Indicated Utilities") filed a petition for review pursuant to Section 313(b) of the Federal Power Act, 16 U.S.C. § 825*l*(b). The Indicated Utilities seek review of the following orders of the Federal Energy

Regulatory Commission ("FERC"):  *Southwest Power Pool, Inc.,* Docket No. ER22-1846-001, "Order Accepting Tariff Revisions Subject to Condition," 181 FERC ¶ 61,076 (Oct. 28, 2022) ("Initial Order"), *on reh'g,* Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, Docket No. ER22-1846-003, 181 FERC ¶ 62,211 (Dec. 29, 2022) ("Notice").

KEPCo is a non-profit electric generation and transmission cooperative with its principal place of business in Topeka, Kansas.  KEPCo has 16 rural electric cooperative member systems, which together distribute electric power to nearly 200,000 rural electric customers in the eastern two-thirds of Kansas.  KEPCo is a transmission-dependent utility and a transmission customer in Southwest Power Pool, Inc. ("SPP").  KEPCo pays just and reasonable rates for open access transmission service over the transmission systems under the control of SPP to deliver power to its members.  KEPCo is also a member of SPP.

KEPCo is a party in the proceedings below and any order issued by the Court in this proceeding will directly affect KEPCo's interests.  The Indicated Utilities seek review of FERC's orders accepting revisions to SPP's Open Access Transmission Tariff to establish a cost allocation waiver process that would allow entities to request (1) that the remaining costs of one or more specific prior transmission projects between 100 kV and 300 kV ("Byway Facility(ies)") be allocated prospectively to transmission customers on a region-wide basis, and (2)

that the costs of a new or upgraded Byway Facility assigned to a Transmission Owner as a result of an SPP planning process be allocated to transmission customers on a region-wide basis. As a transmission customer in SPP, KEPCo has a direct and substantial interest in this case that cannot be adequately represented by any other party.

This motion is timely filed within 30 days of the filing of the petition for review.

**WHEREFORE**, for the reasons set forth above, KEPCo respectfully requests that it be granted leave to intervene in the above-captioned proceeding with all attendant rights as a party.

Respectfully submitted,

*/s/ Kimberly Brickell Frank*

Kimberly B. Frank
K&L Gates LLP
1601 K Street, NW
Washington, DC 20006
(202) 778-9064

*Attorney for Kansas Electric Power Cooperative, Inc.*

Dated: March 20, 2023

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| City Utilities of Springfield, Missouri; | ) | |
| Kansas City, Kansas, Board of Public | ) | |
| Utilities; and Missouri Joint Municipal | ) | |
| Electric Utility Commission d/b/a Missouri | ) | |
| Electric Commission, | ) | |
| | ) | |
| Petitioners | ) | |
| v. | ) | Case No. 23-1054 |
| | ) | |
| Federal Energy Regulatory Commission, | ) | |
| | ) | |
| Respondent. | ) | |

## CORPORATE DISCLOSURE STATEMENT OF
## <u>KANSAS ELECTRIC POWER COOPERATIVE, INC.</u>

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, Kansas Electric Power Cooperative, Inc. ("KEPCo") submits its Corporate Disclosure Statement in the above-captioned case.

KEPCo is a cooperative, nonprofit, membership corporation organized under the Kansas Electric Cooperative Act, K.S.A. 17-4601, *et. seq.*, with its principal place of business in Topeka, Kansas.  KEPCo has 16 rural electric cooperative member systems, which together distribute electric power to nearly 200,000 rural electric customers.  KEPCo is a transmission-dependent utility and a transmission customer in Southwest Power Pool, Inc. ("SPP").  KEPCo pays just and reasonable rates for open access transmission service over the transmission systems under the

control of SPP to deliver power to its members. KEPCo is also a member of SPP.

KEPCo has no parent corporation and issues no stock. Accordingly, no publicly

held corporation owns 10% or more of KEPCo stock.

Respectfully submitted,

*/s/ Kimberly Brickell Frank*

Kimberly B. Frank
K&L Gates LLP
1601 K Street, NW
Washington, DC 20006
(202) 778-9064

*Attorney for Kansas Electric Power Cooperative, Inc.*

Dated: March 20, 2023

## <u>CERTIFICATE OF SERVICE</u>

In accordance with Rules 15(d) and 25 of the Federal Rules of Appellate Procedure, I certify that on this 20th day of March 2023, I have served the foregoing Motion to Intervene and Corporate Disclosure Statement of Kansas Electric Power Cooperative, Inc. on registered counsel for participants in this case electronically through the Court's CM/ECF system.

Respectfully submitted,

*/s/ Kimberly Brickell Frank*

Kimberly B. Frank
K&L Gates LLP
1601 K Street, NW
Washington, DC 20006
(202) 778-9064

*Attorney for Kansas Electric Power Cooperative, Inc.*

Dated:  March 20, 2023