IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Sunflower Electric Power Corporation, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 23-1264 |
| | ) | |
| Federal Energy Regulatory Commission, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION FOR LEAVE TO INTERVENE OF
<u>KANSAS ELECTRIC POWER COOPERATIVE, INC.</u>**

Pursuant to Rule 15(d) and Rule 27 of the Federal Rules of Appellate Procedure, and Circuit Rules 15(b) and 27 of the United States Court of Appeals for the District of Columbia Circuit, Kansas Electric Power Cooperative, Inc. ("KEPCo") hereby moves for leave to intervene in the above-captioned proceeding in support of Petitioner. In support hereof, KEPCo states as follows:

On September 15, 2023, Sunflower Electric Power Corporation ("Sunflower") filed a petition for review pursuant to Section 313(b) of the Federal Power Act, 16 U.S.C. § 825*l*(b). Sunflower seeks review of the following orders of the Federal Energy Regulatory Commission ("FERC"): *Southwest Power Pool, Inc.,* Docket Nos. ER22-1846-002 and ER22-1846-003, "Order Setting Aside Prior

Order and Dismissing Compliance Filing," 184 FERC ¶ 61,028 (July 13, 2023) ("Reversal Order"), *on reh'g,* Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, Docket No. ER22-1846-004, 184 FERC ¶ 62,145 (Sept. 14, 2023) ("Notice"). On September 22, 2023, the Court issued an order, on its own motion, consolidating Sunflower's appeal in the above-captioned proceeding with Case Nos. 23-1054 and 23-1097.

KEPCo is a non-profit electric generation and transmission cooperative with its principal place of business in Topeka, Kansas. KEPCo has 16 rural electric cooperative member systems, which together distribute electric power to nearly 200,000 rural electric customers in the eastern two-thirds of Kansas. KEPCo is a transmission-dependent utility and a transmission customer in Southwest Power Pool, Inc. ("SPP"). KEPCo pays just and reasonable rates for open access transmission service over the transmission systems under the control of SPP to deliver power to its members. KEPCo is also a member of SPP.

Sunflower seeks review of FERC's orders reversing its prior acceptance of SPP's revisions to its Open Access Transmission Tariff to establish a cost allocation waiver process that would allow entities to request (1) that the remaining costs of one or more specific prior transmission projects between 100 kV and 300 kV ("Byway Facility(ies)") be allocated prospectively to transmission customers on a region-wide basis, and (2) that the costs of a new or upgraded Byway Facility

assigned to a Transmission Owner as a result of an SPP planning process be allocated to transmission customers on a region-wide basis.

Out of an abundance of caution, KEPCo moves to intervene in the above-captioned proceeding in support of Petitioner, Sunflower. KEPCo is a party in the proceedings below and any order issued by the Court in this proceeding will directly affect KEPCo's interests. Although KEPCo has already moved to intervene in the lead case in these consolidated appeals and was previously granted intervention in the now-transferred Eighth Circuit appeal,[1] this Court has not yet acted on KEPCo's motion to intervene in Case No. 23-1054. If FERC does not reverse course on rehearing but instead affirms the Reversal Order, petitioners in Case Nos. 23-1054 and 23-1097 will no longer be aggrieved by FERC's action in the underlying agency proceeding and may seek to withdraw their appeals (including the lead case in which KEPCo has moved to intervene). Moreover, KEPCo previously moved to intervene in Case No. 23-1054 in support of Respondent FERC. KEPCo now moves to intervene in the above-captioned proceeding in support of Petitioner Sunflower, and to preserve its ability to participate actively in further proceedings before this Court if the petitions for review in Case Nos. 23-1054 and 23-1097 are subsequently withdrawn. As a

---

[1] *See* D.C. Cir. R. 15(b) ("A motion to intervene in a case before this court concerning direct review of an agency action will be deemed a motion to intervene in all cases before this court involving the same agency action or order, including later filed cases, unless the moving party specifically states otherwise, and an order granting such motion has the effect of granting intervention in all such cases.").

3

transmission customer in SPP, KEPCo has a direct and substantial interest in this case that cannot be adequately represented by any other party.

This motion is timely filed within 30 days of the filing of the petition for review pursuant to Rule 15(d) and Rule 26(a)(1) of the Federal Rules of Appellate Procedure.

**WHEREFORE**, for the reasons set forth above, KEPCo respectfully requests that it be granted leave to intervene in the above-captioned proceeding with all attendant rights as a party.

        Respectfully submitted,

        */s/ Kimberly Brickell Frank*
        Kimberly B. Frank
        K&L Gates LLP
        1601 K Street, NW
        Washington, DC 20006
        (202) 778-9064

        *Attorney for Kansas Electric Power Cooperative, Inc.*

Dated:  October 16, 2023

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Sunflower Electric Power Corporation, | ) | |
| | ) | |
| Petitioners | ) | |
| | ) | |
| v. | ) | Case No. 23-1264 |
| | ) | |
| Federal Energy Regulatory Commission, | ) | |
| | ) | |
| Respondent. | ) | |

**CORPORATE DISCLOSURE STATEMENT OF
<u>KANSAS ELECTRIC POWER COOPERATIVE, INC.</u>**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, and Circuit Rule 26.1 of the United States Court of Appeals for the District of Columbia Circuit, Kansas Electric Power Cooperative, Inc. ("KEPCo") submits its Corporate Disclosure Statement in the above-captioned case.

KEPCo is a cooperative, nonprofit, membership corporation organized under the Kansas Electric Cooperative Act, K.S.A. 17-4601, *et. seq.*, with its principal place of business in Topeka, Kansas. KEPCo has 16 rural electric cooperative member systems, which together distribute electric power to nearly 200,000 rural electric customers. KEPCo is a transmission-dependent utility and a transmission customer in Southwest Power Pool, Inc. ("SPP"). KEPCo pays just and reasonable

rates for open access transmission service over the transmission systems under the control of SPP to deliver power to its members. KEPCo is also a member of SPP. KEPCo has no parent corporation and issues no stock. Accordingly, no publicly held corporation owns 10% or more of KEPCo stock.

Respectfully submitted,

*/s/ Kimberly Brickell Frank*

Kimberly B. Frank
K&L Gates LLP
1601 K Street, NW
Washington, DC 20006
(202) 778-9064

*Attorney for Kansas Electric Power Cooperative, Inc.*

Dated: October 16, 2023

# CERTIFICATE OF SERVICE

In accordance with Rules 15(d) and 25 of the Federal Rules of Appellate Procedure, I certify that on this 16th day of October 2023, I have served the foregoing Motion to Intervene and Corporate Disclosure Statement of Kansas Electric Power Cooperative, Inc. on registered counsel for participants in this case electronically through the Court's CM/ECF system.

Respectfully submitted,

*/s/ Kimberly Brickell Frank*

Kimberly B. Frank
K&L Gates LLP
1601 K Street, NW
Washington, DC 20006
(202) 778-9064

*Attorney for Kansas Electric Power Cooperative, Inc.*

Dated: October 16, 2023