ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| **Midwest Energy, Inc.,** | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | Case No. 23-1287 |
| | ) | |
| **Federal Energy Regulatory Commission,** | ) | |
| | ) | |
| *Respondent*. | ) | |

**MOTION TO INTERVENE OF
SUNFLOWER ELECTRIC POWER CORPORATION**

Pursuant to Rules 15(d) and 15 of the Federal Rules of Appellate Procedure and the Circuit Rules of the United States Court of Appeals for the District of Columbia Circuit, Sunflower Electric Power Corporation ("Sunflower") hereby moves for leave to intervene in the above-captioned proceeding.

Midwest Energy Inc. ("Midwest Energy"), Petitioner in the above-captioned proceeding, seeks review of the following orders issued by Respondent Federal Energy Regulatory Commission ("FERC" or "Commission"):

(1) *Southwest Power Pool, Inc.*, Order Setting Aside Prior Order and Dismissing Compliance Filing, Docket Nos. ER22-1846-002 and ER22-1846-003, 184 FERC ¶ 61,028 (July 13, 2023) ("Order"); and

(2) *Southwest Power Pool, Inc.*, Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, Docket No. ER22-1846-004, 184 FERC ¶ 62,145 (Sept. 14, 2023) ("Notice").

Sunflower operates as a generation and transmission company located in Central and Western Kansas. Sunflower is a member-owned corporation operated on a non-profit, cooperative basis by six rural electric distribution cooperatives. Sunflower also serves at wholesale, directly or indirectly, nine small cities. Sunflower is a generation owner and is also a transmission owning member ("TO") of Southwest Power Pool, Inc. ("SPP"). As an SPP TO, the rates and charges approved by SPP comprise a portion of the costs allocated to Sunflower, and by extension, to its customers.

Sunflower is a party to the underlying Commission proceedings underlying the petition for review that is pending before the Court in this case. Sunflower also filed a petition for review of the same Order and Notice before this Court in Case No. 23-1264.

The Order and Notice of which Petitioner Midwest Energy seeks review involve the Commission's reversal of its October 28, 2022 order accepting revisions to Southwest Power Pool's Open Access Transmission Tariff ("Tariff") to establish a cost allocation waiver process that would allow entities to request (i) that the remaining costs of one or more specific prior transmission projects between 100 kV and 300 kV ("Byway Factilit(ies)") to be fully allocated prospectively on a region-wide basis, and (ii) that the costs of a new or upgraded Byway Facility assigned to a TO as a result of an SPP planning process be fully allocated on a region-wide basis.

As noted in Sunflower's pleadings submitted in FERC Docket No. ER22-1846, SPP's Tariff revisions resulted from a robust stakeholder process (in which Sunflower participated) that considered and addressed certain deficiencies identified in the Commission's order rejecting SPP's prior Byway Facility cost allocation waiver proposal in FERC Docket No. ER21-1676.[1]

As an SPP TO serving load in transmission pricing zones in SPP to which SPP's new cost allocation waiver process will apply, and as a participant in the underlying Commission proceedings and SPP stakeholder process, Sunflower has a direct and substantial interest in the outcome of this proceeding that cannot be adequately represented by any other party. In addition, without limiting the positions it may advance, Sunflower advises the Court that it expects to support Petitioner Midwest Energy with respect to issues anticipated to be raised in the above-captioned proceeding.

Further, Sunflower submits that its intervention in this proceeding is timely pursuant to Rule 15(d) of the Federal Rules of Appellate Procedure.

WHEREFORE, Sunflower respectfully moves the Court for leave to intervene with the right to participate fully in all aspects of the proceeding.

---

[1] *See Sw. Power Pool, Inc.*, Order Rejecting Tariff Revisions, Docket No. ER21-1676-000, 175 FERC ¶ 61,198 (June 11, 2021). The Commission rejected SPP's prior proposal without prejudice.

Respectfully submitted,

/s/ *Adrienne E. Clair*
Adrienne E. Clair
Jecoliah R. Williams
Thompson Coburn LLP
1909 K Street, N.W., Suite 600
Washington, D.C. 20006-1167
(202) 585-6900
(202) 585-6969 (fax)
aclair@thompsoncoburn.com
jwilliams@thompsoncoburn.com

*Attorneys for Sunflower Electric Power Corporation*

Dated: November 15, 2023

ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **Midwest Energy, Inc.,** | ) |
| *Petitioner*, | ) |
| v. | ) Case No. 23-1287 |
| **Federal Energy Regulatory Commission,** | ) |
| *Respondent*. | ) |

**CORPORATE DISCLOSURE STATEMENT OF
SUNFLOWER ELECTRIC POWER CORPORATION**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rule 26.1, Sunflower Electric Power Corporation ("Sunflower") hereby submits this Corporate Disclosure Statement in the above-captioned proceeding.

Sunflower is a not-for-profit power supply electric cooperative to which Rule 26.1 does not apply. See Fed. R. App. P. 26.1(a).

Before this Court and before the Federal Energy Regulatory Commission, Sunflower has been, and is expected to be, represented by Thompson Coburn LLP.

Respectfully submitted,

/s/ *Adrienne E. Clair*
Adrienne E. Clair
Jecoliah R. Williams
Thompson Coburn LLP
1909 K Street, N.W., Suite 600
Washington, D.C. 20006-1167
(202) 585-6900
(202) 585-6969 (fax)
aclair@thompsoncoburn.com
jwilliams@thompsoncoburn.com

*Attorneys for Sunflower Electric Power Corporation*

Dated: November 15, 2023

## CERTIFICATE OF COMPLIANCE

I hereby certify that this Motion complies with the type-volume limitation, the typeface requirements, and the type-style requirements in Rules 27(d)(2)(A), 32(a)(5), and 32(a)(6) of the Federal Rules of Appellate Procedure. I further certify that this Motion contains 585 words and was prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman 14-point font.

          Respectfully submitted,

          /s/ *Adrienne E. Clair*
          Adrienne E. Clair
          Jecoliah R. Williams
          Thompson Coburn LLP
          1909 K Street, N.W., Suite 600
          Washington, D.C. 20006-1167
          (202) 585-6900
          (202) 585-6969 (fax)
          aclair@thompsoncoburn.com
          jwilliams@thompsoncoburn.com

          *Attorneys for Sunflower Electric Power Corporation*

Dated: November 15, 2023

## CERTIFICATE OF SERVICE

In accordance with Rules 15(d) and 25(d) of the Federal Rules of Appellate Procedure, I hereby certify that I have this 15th day of November, 2023, caused the foregoing document to be served on all parties or their counsel of record through the CM/ECF system. I further certify that I have mailed the foregoing document by first-class mail, postage prepaid, to those parties or their counsel of record who are not registered through the CM/ECF system.

/s/ *Adrienne E. Clair*
Adrienne E. Clair
Jecoliah R. Williams
Thompson Coburn LLP
1909 K Street, N.W., Suite 600
Washington, D.C. 20006-1167
(202) 585-6900
(202) 585-6969 (fax)
aclair@thompsoncoburn.com
jwilliams@thompsoncoburn.com

*Attorneys for Sunflower Electric Power Corporation*