IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MIDWEST ENERGY, INC., <br><br> Petitioner, <br><br> v. <br><br> FEDERAL ENERGY REGULATORY COMMISSION, <br><br> Respondent. | Case No. 23-1287 <br><br> Consolidated with Nos. 23-1054, 23-1097, and 23-1264 |

**PETITIONER'S UNOPPOSED MOTION
TO GOVERN FUTURE PROCEEDINGS**

In accordance with the Court's October 6, 2023 Order in these consolidated proceedings, Petitioner Midwest Energy, Inc. ("Midwest Energy") respectfully submits this unopposed motion to govern future proceedings.

1.  This appeal concerns a July 13, 2023 order of the Federal Energy Regulatory Commission ("FERC"), reversing its prior approval of a Southwest Power Pool tariff amendment that proposed a method for allocating costs associated with certain electricity transmission facilities. *Southwest Power Pool, Inc.*, Order Setting Aside Prior Order and Dismissing Compliance Filing, Docket Nos. ER22-1846-002 and ER22-1846-003, 184 FERC ¶ 61,028 (July 13, 2023) ("Reversal Order"). FERC issued the Reversal Order on rehearing of its October 28, 2022 order approving the tariff amendment. *Southwest Power Pool, Inc.*, Order Accepting Tariff Revisions Subject to Condition, Docket No. ER22-1846-001, 181 FERC ¶ 61,076 (Oct. 28, 2022) ("Approval Order").

1

2. Midwest Energy timely petitioned for review of the Reversal Order. *See* Doc. No. 2021933, *Midwest Energy, Inc. v. FERC*, No. 23-1287 (D.C. Cir. Oct. 16, 2023). This Court then consolidated Midwest Energy's challenge, No. 23-1287, with another pending challenge to the Reversal Order, No. 23-1264, and two pending challenges to the Approval Order, Nos. 23-1054 and 23-1097. *See* Doc. No. 2021949, *City Utilities of Springfield, Missouri v. FERC*, Nos. 23-1054, 23-1097, 23-1264, and 23-1287 (D.C. Cir. Oct. 16, 2023).

3. Previously, on October 6, 2023, the Court held the other consolidated cases in abeyance pending action on requests for rehearing before FERC, and directed the parties in the consolidated cases to "file motions to govern future proceedings by January 4, 2024." *See* Doc. No. 2020768, *City Utilities of Springfield, Missouri v. FERC*, Nos. 23-1054, 23-1097, and 23-1264 (D.C. Cir. Oct. 6, 2023). That order now applies to Midwest Energy, given the October 16 consolidation of its challenge with the other pending appeals.

4. On December 19, 2023, FERC denied the pending requests for rehearing, "modif[ied] the discussion" in the Reversal Order, and "reach[ed] the same result" as that order. *Southwest Power Pool, Inc.*, Order Addressing Arguments Raised On Rehearing, Docket No. ER22-1846-004, 185 FERC ¶ 61,189 at P 2 (Dec. 19, 2023) ("Rehearing Order"). The deadline to file a request for rehearing of the Rehearing Order is January 18, 2024. *See* 16 U.S.C.

§ 825*l*(a).  Midwest Energy is considering whether to file such a request for rehearing with FERC.

5.　　Midwest Energy also intends to petition this Court for review of FERC's Rehearing Order.  The 60-day deadline to petition for review of the Rehearing Order expires on February 19, 2024.  The parties have conferred and respectfully request that this Court continue to hold the consolidated cases in abeyance until the deadline for petitions for review of the Rehearing Order runs on February 19, 2024, with the parties to file motions to govern future proceedings thereafter, when the Court so orders.  *See* 16 U.S.C. § 825*l*(b).

Dated: January 4, 2024

Respectfully submitted,

/s/ Helgi C. Walker
Helgi C. Walker
  *Counsel of Record*
William R. Hollaway, Ph.D.
Janine Durand
Jeffrey Liu
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
hwalker@gibsondunn.com
whollaway@gibsondunn.com
jdurand@gibsondunn.com
jyliu@gibsondunn.com

*Counsel for Petitioner
Midwest Energy, Inc.*

# CERTIFICATE OF COMPLIANCE

1. The foregoing motion complies with the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this motion contains 478 words.

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2019 in 14-point Times New Roman font.

Dated:  January 4, 2024

Respectfully submitted,

/s/ *Helgi C. Walker*
Helgi C. Walker

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(d) and D.C. Circuit Rule 25(f), I hereby certify that the foregoing Unopposed Motion to Govern Future Proceedings was electronically filed through this Court's CM/ECF system, which will send a notice of filing to the counsel registered to receive service through the Court's CM/ECF system.

Dated: January 4, 2024

Respectfully submitted,

/s/ *Helgi C. Walker*
Helgi C. Walker