# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1054**  **September Term, 2023**

FERC-ER22-1846-001
FERC-ER22-1846-002
FERC-ER22-1846-003
FERC-ER22-1846-004

**Filed On: January 18, 2024** [2036119]

City Utilities of Springfield, Missouri, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Consolidated with 23-1097, 23-1264, 23-1287

## O R D E R

Upon consideration of the motions to govern future proceedings, it is

**ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings by March 4, 2024.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

           BY:    /s/
                  Catherine J. Lavender
                  Deputy Clerk