**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

**Case Nos. 23-1054, 23-1097**

CITY UTILITIES OF SPRINGFIELD, MISSOURI, ET AL.,
*PETITIONERS,*
*V.*
FEDERAL ENERGY REGULATORY COMMISSION,
*RESPONDENT.*

**UNOPPOSED MOTION TO GOVERN
FURTHER PROCEEDINGS**

This filing is submitted in response to the Court's January 18, 2024 order holding Case Nos. 23-1054 and 23-1097 in abeyance and directing the Parties to file motions to govern further proceedings by March 4, 2024. Case No. 23-1054, Dkt. 2036119.

Petitioners in Case Nos. 23-1264 and 23-1287 (the "Sunflower and Midwest Petitioners") today are filing a motion to govern that includes a proposed briefing schedule. The undersigned petitioners in Case Nos. 23-1054 and 23-1097 support that motion and the proposed schedule.

169357240v8

The undersigned petitioners in Case No. 23-1054, City Utilities of Springfield, Missouri ("City Utilities"), Kansas City, Kansas Board of Public Utilities ("KCBPU"), and the Missouri Joint Municipal Electric Utility Commission d/b/a Missouri Electric Commission ("Missouri Electric") (collectively, the "Indicated Utilities"), and Case No. 23-1097, American Electric Power Service Corporation, on behalf of its affiliates Southwestern Electric Power Company and Public Service Company of Oklahoma (collectively, "AEP"); Oklahoma Gas & Electric Company ("OG&E"); and Xcel Energy Services Inc. ("Xcel Energy Services"), on behalf of Southwestern Public Service Company (together with Indicated Utilities, AEP, and OG&E, the "Petitioners"), write separately to move the Court to continue to hold their petitions in abeyance, subject to the outcome of the Sunflower and Midwest Petitioners' petitions for review.

The undersigned Petitioners sought judicial review of the Respondent's, the Federal Energy Regulatory Commission ("FERC"), initial order at *Southwest Power Pool, Inc.*, 181 FERC ¶ 61,076 (2022) (the "Initial Order"). FERC subsequently reversed itself at *Southwest Power Pool, Inc.*, 184 FERC ¶ 61,028 (2023) ("July 13 Order"), and upheld

- 2 -

169357240v8

that reversal on rehearing at *Southwest Power Pool, Inc.*, 185 FERC ¶ 61,189 (2023) ("Rehearing Order"). FERC's reversal gave rise to the Sunflower and Midwest Petitioners' actions before the Court. The Sunflower and Midwest Petitioners and the undersigned Petitioners are thus on opposite sides of the case. Because of FERC's reversal, it is only necessary for the Court to hear the Sunflower and Midwest Petitioners' case at this time. The undersigned Petitioners plan to proceed as Intervenors in support of FERC in the Court's review of the July 13 Order and the Rehearing Order.

However, insofar as the Sunflower and Midwest Petitioners will presumably argue, at least in part, that the Initial Order was properly decided and should be reinstated on remand, the undersigned Petitioners are not prepared to dismiss their petition as to the Initial Order. Rather, the undersigned Petitioners believe the appropriate course of action is for the Court to sever and unconsolidate the petitions in Case Nos. 23-1054 and 23-1097 and hold these cases in abeyance subject to the outcome of the Sunflower and Midwest Petitioners' appeal. The undersigned Petitioners would file motions to govern further proceedings within thirty

- 3 -

(30) days of the Court's issuance of a mandate on the Sunflower and Midwest Petitioners' petitions for review.

The undersigned Petitioners also request that the Court rule on all pending motions to intervene.

The undersigned Petitioners have been authorized to state that the Sunflower and Midwest Petitioners take no position on this motion.

Dated: March 4, 2024

Respectfully Submitted,

*/s/ Charlotte H. Taylor*
CHARLOTTE H. TAYLOR
JAMES C. BEH
BROOKE M. PROTO
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
(202) 879-3939
ctaylor@jonesday.com
jcbeh@jonesday.com
bmproto@jonesday.com

DOMINIC D. WILLIAMS
Senior Attorney
OGE ENERGY CORP.
P.O. Box 321
321 N. Harvey Ave. Oklahoma City, OK 73102 (405) 553-3729
williado@oge.com

*/s/ Misha Tseytlin*
MISHA TSEYTLIN
KEVIN M. LEROY
TROUTMAN PEPPER
HAMILTON SANDERS LLP
227 W. Monroe Street, Suite 3900
Chicago, IL 60606
(608) 999-1240
misha.tseytlin@troutman.com
kevin.leroy@troutman.com

CHRISTOPHER R. JONES
MARY-KATE RIGNEY
TROUTMAN PEPPER
HAMILTON SANDERS LLP
401 9th Street, NW, Suite 1000
Washington, DC 20004
(202) 662-2181
chris.jones@troutman.com

169357240v8

*Counsel for Oklahoma Gas & Electric Co.*

mary-kate.rigney@troutman.com

*Counsel for American Electric Power Service Corporation, on behalf of Southwestern Electric Power Company and Public Service Company of Oklahoma, and Xcel Energy Services Inc., on behalf of Southwestern Public Service Company*

169357240v8

*/s/ Jessica Cano*
JESSICA CANO
SENIOR COUNSEL
AMERICAN ELECTRIC POWER SERVICE CORPORATION
1 Riverside Plaza
Columbus, OH 43215
(614) 401-9150
jacano@aep.com

TIMOTHY T. MASTROGIACOMO
Lead Assistant General Counsel
XCEL ENERGY SERVICES INC.
701 Pennsylvania Avenue NW
Ste. 250
Washington, DC 20006
(202) 661-4481
tim.t.mastrogiacomo@xcelenergy.com

*Counsel for American Electric Power Service Corporation, on behalf of Southwestern Electric Power Company and Public Service Company of Oklahoma, and Xcel Energy Services Inc., on behalf of Southwestern Public Service Company*

*/s/ John P. Coyle*
JOHN P. COYLE
NATALIE M. KARAS
DUNCAN & ALLEN LLP
Suite 700
1730 Rhode Island Avenue NW
Washington, DC 20036
(202) 289-8400
jpc@duncanallen.com
nmk@duncanallen.com

*Counsel for City Utilities of Springfield, Missouri*

*/s/ Ashley M. Bond*
ASHLEY M. BOND
DUNCAN & ALLEN LLP
Suite 700
1730 Rhode Island Avenue NW
Washington, DC 20036
(202) 289-8400
amb@duncanallen.com

*Counsel for Kansas City, Kansas Board of Public Utilities*

*/s/ Heather H. Starnes*
HEATHER H. STARNES
HEALY LAW OFFICES
12 Perdido Circle
Little Rock, AR 72211
(501) 516-0041
heather@healylawoffices.com

*Counsel for Missouri Joint Municipal Electric Utility*

- 6 -

*Commission d/b/a Missouri Electric Commission*

- 7 -

169357240v8

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I certify that the foregoing motion complies with the type-volume limitations of Rule 27(d)(2)(A) because it contains 499 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f). I further certify that the foregoing motion's type size and type face comply with the Federal Rule of Appellate Procedure 32(a)(5) and (6).

Dated: March 4, 2024

*/s/ Misha Tseytlin*
MISHA TSEYTLIN
TROUTMAN PEPPER HAMILTON
SANDERS LLP
227 W. Monroe Street
Suite 3900
Chicago, IL 60606
(608) 999-1240
(312) 759-1939 (fax)
misha.tseytlin@troutman.com

169357240v8

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, I electronically filed the foregoing document using the CM/ECF system, which automatically provides email notification of the filing to the attorneys of record in the above-captioned docket.

Dated: March 4, 2024

/s/ *Misha Tseytlin*
MISHA TSEYTLIN
TROUTMAN PEPPER HAMILTON SANDERS LLP
227 W. Monroe Street
Suite 3900
Chicago, IL 60606
(608) 999-1240
(312) 759-1939 (fax)
misha.tseytlin@troutman.com

169357240v8