IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MIDWEST ENERGY, INC.,<br><br>                 Petitioner,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>                 Respondent. | Case No. 23-1287<br><br>Consolidated with Nos. 23-1054, 23-1097, 23-1264, 24-1032, 24-1033 |

**PETITIONER'S UNOPPOSED MOTION
TO GOVERN FUTURE PROCEEDINGS**

In accordance with the Court's January 18, 2024 Order in these consolidated proceedings, Petitioner Midwest Energy, Inc. ("Midwest Energy") respectfully submits this unopposed motion to govern future proceedings.

1.    This appeal concerns a July 13, 2023 order of the Federal Energy Regulatory Commission ("FERC"), reversing its prior approval of a Southwest Power Pool tariff amendment that proposed a method for allocating costs associated with certain electricity transmission facilities. *Southwest Power Pool, Inc.*, Order Setting Aside Prior Order and Dismissing Compliance Filing, Docket Nos. ER22-1846-002 and ER22-1846-003, 184 FERC ¶ 61,028 (July 13, 2023) ("Reversal Order"). FERC issued the Reversal Order on rehearing of its October 28, 2022 order approving the tariff amendment. *Southwest Power Pool, Inc.*, Order Accepting Tariff Revisions Subject to Condition, Docket No. ER22-1846-001, 181 FERC ¶ 61,076 (Oct. 28, 2022) ("Approval Order").

1

2. Midwest Energy timely petitioned for review of the Reversal Order. *See* Doc. No. 2021933, *Midwest Energy, Inc. v. FERC*, No. 23-1287 (D.C. Cir. Oct. 16, 2023). This Court then consolidated Midwest Energy's challenge, No. 23-1287, with another pending challenge to the Reversal Order, No. 23-1264, and two pending challenges to the Approval Order, Nos. 23-1054 and 23-1097. *See* Doc. No. 2021949, *City Utils. of Springfield, Missouri v. FERC*, Nos. 23-1054, 23-1097, 23-1264, and 23-1287 (D.C. Cir. Oct. 16, 2023). The consolidated cases were held in abeyance pending action from FERC on requests for rehearing of the Reversal Order. *See* Doc. No. 2020768, *City Utils. of Springfield, Missouri v. FERC*, Nos. 23-1054, 23-1097, and 23-1264 (D.C. Cir. Oct. 6, 2023).

3. On December 19, 2023, FERC denied the pending requests for rehearing, "modif[ied] the discussion" in the Reversal Order, and "reach[ed] the same result" as that order. *Southwest Power Pool, Inc.*, Order Addressing Arguments Raised On Rehearing, Docket No. ER22-1846-004, 185 FERC ¶ 61,189 at P 2 (Dec. 19, 2023) ("Rehearing Order").

4. On January 4, 2024, the parties submitted motions to govern future proceedings requesting that the Court continue to hold the consolidated cases in abeyance to provide time for the filing of petitions for review of FERC's Rehearing Order. *See*, *e.g.*, Doc. No. 2034461, *Midwest Energy, Inc. v. FERC*, Nos. 23-1054, 23-1097, 23-1264, 23-1287 (D.C. Cir. Jan. 4, 2024). On January

18, 2024, the Court issued an order continuing the abeyance and directing the filing of additional motions to govern future proceedings by March 4, 2024. *See* Doc. No. 2036119, *City Utils. of Springfield, Missouri v. FERC*, Nos. 23-1054, 23-1097, 23-1264, 23-1287 (D.C. Cir. Jan. 18, 2024).

5. Midwest Energy and Sunflower Electric Power Corporation ("Sunflower") timely petitioned for review of FERC's Rehearing Order. *See* Doc. No. 2041538, *Midwest Energy, Inc. v. FERC*, No. 24-1032 (D.C. Cir. Feb. 16, 2024); Doc. No. 2041754, *Sunflower Elec. Power Corp. v. FERC*, No. 24-1033 (D.C. Cir. Feb. 16, 2024). This Court then consolidated Midwest Energy and Sunflower's petitions with the other pending challenges. *See* Doc. No. 2041773, *City Utils. of Springfield, Missouri v. FERC*, Nos. 23-1054, 23-1097, 23-1264, 23-1287, 24-1032, and 24-1033 (D.C. Cir. Feb. 22, 2024). The 60-day deadline to petition for review of the Rehearing Order has now expired. *See* 16 U.S.C. § 825*l*(b). Midwest Energy therefore respectfully requests that this Court lift the abeyance, rule on the pending motions to intervene in the consolidated cases, and enter a schedule for further proceedings.

6. Pursuant to this Court's January 18, 2024 Order, the parties have conferred regarding a schedule for further proceedings. Midwest Energy proposes that it be afforded seven days from the date of this Court's order on this motion to file initial submissions for the consolidated proceedings, including (a) the certificate as to parties, rulings, and related cases; (b) the docketing

3

statement form; (c) the statement of intent to utilize deferred joint appendix; (d) the statement of issues to be raised; and (e) the statement of underlying decisions. Midwest Energy is also authorized to state that the parties concur in the use of a deferred joint appendix.

7. Midwest Energy intends to join a brief with Sunflower pursuant to this Court's rules and practices. Midwest Energy further moves for adoption of the following schedule:

| Due Date | Filing | Words |
| --- | --- | --- |
| Monday, March 25 (21 days from motion to govern) | Index to Administrative Record | |
| Friday, May 24 (60 days from filing of index) | Petitioners' Joint Opening Brief | 13,000 |
| Friday, June 14 (21 days from Opening) | Intervenors' Brief supporting Petitioners | 9,100 |
| Tuesday, August 6 (74 days from Opening) | FERC's Response Brief | 13,000 |
| Tuesday, August 27 (21 days from Response) | Intervenors' Brief supporting FERC | 9,100 |
| Thursday, September 26 (30 days from Intervenors' Briefs) | Petitioners' Joint Reply Brief | 6,500 |
| Thursday, September 26 (same day as Petitioners' Reply) | Intervenors' Reply Brief supporting Petitioners | 4,550 |
| Thursday, October 10 (14 days from Reply) | Deferred Joint Appendix | |
| Thursday, October 24 (14 days from Deferred Appendix) | Final Briefs | |

8. Midwest Energy is authorized to state that the parties do not oppose this requested relief. Accordingly, Midwest Energy respectfully requests that this motion be granted.

Dated: March 4, 2024

Respectfully submitted,

 /s/  Helgi C. Walker
Helgi C. Walker
  *Counsel of Record*
William R. Hollaway, Ph.D.
Janine Durand
Jeffrey Liu
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
hwalker@gibsondunn.com
whollaway@gibsondunn.com
jdurand@gibsondunn.com
jyliu@gibsondunn.com

*Counsel for Petitioner
Midwest Energy, Inc.*

5

## **CERTIFICATE OF COMPLIANCE**

1. The foregoing motion complies with the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this motion contains 828 words.

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2019 in 14-point Times New Roman font.

Dated:  March 4, 2024                              Respectfully submitted,

/s/ *Helgi C. Walker*
Helgi C. Walker

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Appellate Procedure 25(d) and D.C. Circuit Rule 25(f), I hereby certify that the foregoing motion was electronically filed through this Court's CM/ECF system, which will send a notice of filing to the counsel registered to receive service through the Court's CM/ECF system.

Dated:  March 4, 2024

Respectfully submitted,

/s/ *Helgi C. Walker*
Helgi C. Walker