# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-1054**                      **September Term, 2023**

FERC-ER22-1846-001
FERC-ER22-1846-002
FERC-ER22-1846-003
FERC-ER22-1846-004

**Filed On:** March 22, 2024

City Utilities of Springfield, Missouri, et al.,

      Petitioners

    v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Consolidated with 23-1097, 23-1264, 23-1287, 24-1032, 24-1033

## **O R D E R**

Upon consideration of petitioner Sunflower Electric Power Corporation's unopposed motion to govern future proceedings, petitioner Midwest Energy, Inc.'s unopposed motion to govern future proceedings, and the unopposed motion to govern future proceedings filed by petitioners City Utilities of Springfield, Missouri, et al., it is

**ORDERED** that No. 23-1054 and No. 23-1097 be severed from the remaining cases, consolidated with each other, and held in abeyance pending further order of the court. The parties in No. 23-1054, et al., are directed to file motions to govern future proceedings within 30 days of the issuance of this court's mandate in No. 23-1264, et al. It is

**FURTHER ORDERED** that the following schedule will apply in No. 23-1264, et al.:

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 29, 2024 |
| Docketing Statement | March 29, 2024 |

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-1054**                                  September Term, 2023

| | |
|---|---|
| Statement of Issues to be Raised | March 29, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | March 29, 2024 |
| Certified Index to the Record | March 29, 2024 |
| Petitioners' Joint Opening Brief | May 24, 2024 |
| Petitioner-Intervenors' Joint Opening Brief | June 14, 2024 |
| Respondent's Brief | August 6, 2024 |
| Respondent-Intervenors' Joint Brief | August 27, 2024 |
| Petitioners' Joint Reply Brief | September 26, 2024 |
| Petitioner-Intervenors' Joint Reply Brief | September 26, 2024 |
| Deferred Joint Appendix | October 10, 2024 |
| Final Briefs | October 24, 2024 |

The parties will be informed later of the date of oral argument and the composition of the merits panel.

The court reminds the parties that

> In cases involving direct review in this court of administrative actions, the brief of the appellant or petitioner must set forth the basis for the claim of standing. . . .  When the appellant's or petitioner's standing is not apparent from the administrative record, the brief must include arguments and evidence establishing the claim of standing.

See D.C. Cir. Rule 28(a)(7).

Petitioners should raise all issues and arguments in the opening brief.  The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-1054**                                            **September Term, 2023**

     To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms.  While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known.  See <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 43 (2021); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

     Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  <u>See</u> Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  <u>See</u> D.C. Cir. Rule 28(a)(8).

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                      BY:   /s/
                             Hannah N. Gorman
                             Deputy Clerk